**Order entered December 19, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00488-CR

## JOE ANGEL RODRIGUEZ, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 380th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 380-80945-2022

### ORDER

Before the Court is appellant's December 16, 2022 second motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief filed by January 15, 2023. We caution appellant that if his brief is not filed by that date, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8. *See* TEX. R. APP. P. 38.3(b)(2).

/s/    ERIN A. NOWELL
        JUSTICE